In the Matter of the Application of the CITY OF NEW YORK, Relative to the Opening of Mott Avenue, in the Borough of Queens.

AMY A. NORTON, Appellant; CORNAGA AVENUE HOLDING CORPORATION, Respondent.

(Argued February 10, 1931; decided February 19, 1931.)

*Charles S. Noyes* and *William S. Pettit* for appellant.
*Charles J. Nehrbas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.